AO 442 (Rev. 10/03) Warrant for Arrest

9539206  COPY

# UNITED STATES DISTRICT COURT

EASTERN District of TEXAS

UNITED STATES OF AMERICA
V.
DAMON DEWAYNE PORTER

**WARRANT FOR ARREST**

Case Number: 1:14-MJ-105

G-14-MJ-39

SOUTHERN DISTRICT OF TEXAS GALVESTON
2014 MAY 22 AM 11: 12
RECEIVED UNITED STATES MARSHAL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **DAMON DEWAYNE PORTER**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Coercion and enticement of any individual who has not attained the age of 18 years to engage in prostitution or sexual activity

in violation of Title 18 United States Code, Section(s) 2242(b)

Zach Hawthorn
Name of Issuing Officer

Signature of Issuing Officer

US Magistrate Judge
Title of Issuing Officer

5/21/2014
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Galveston County Jail

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-22-14 | William Groth Deputy | William Groth |
| DATE OF ARREST | | |