COURTROOM MINUTES:                                       CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

THE HONORABLE    JOHN R. FROESCHNER    Presiding

FILED

Deputy Clerk:    S. Anderson

September 11, 2014
CLERK OF COURT

PROCEEDING HELD:

- [x] INITIAL APPEARANCE    [ ] IDENTITY / REMOVAL      OPEN: 11:04    ADJOURN: 11:22
- [ ] BOND HEARING    [ ] PRELIMINARY HEARING      RECESS FROM: _____ TO: _____
- [ ] DETENTION HEARING    [ ] COUNSEL DETERMINATION HEARING
- [ ] HEARING CONTINUED ON _____      [x] Other District    [x] Division
- [ ] OTHER _____      Case No. 1:14-mj-105 (1) / ED/TX - Beaumont Division

[ ] Ct Rptr _____    [x] ERO: LS      [ ] Deft [ ] MW - [ ] does need an interpreter.
[ ] USPO [ ] PTSO _____    INTERPRETER PRESENT: [ ] No [ ] Yes, Name: _____

[ ] CR [x] MJ    G-14-01    DEFT No. 1    USDJ _____

UNITED STATES OF AMERICA      §      _____, AUSA
vs    §
   §
DAMON DEWAYNE PORTER    §    _____ CJA Counsel for Dft

- [ ] .... Date of arrest: 9/11/14    and/or [x] Rule 5, 32.1 and/or 40
- [x] .... Deft first appearance - advised of rights/charges [ ] Probation / Supervised Release Violator [ ] Pretrial Service Violator
- [x] .... [x] Deft [ ] Material Witness _____ appeared [ ] with [x] without counsel.
- [ ] .... Requests appointed counsel.
- [ ] .... FINANCIAL AFFIDAVIT executed.
- [ ] .... ORDER Appointing Federal Public Defender.
- [ ] .... ORDER Appointing CJA Counsel - appointed, _____
- [ ] .... ORDER of Partial Reimbursement to CJA Fund. [ ] ORAL ORDER re: Dft to Reimburse CJA Fund $ _____.
- [ ] .... Deft advises he / she will retain counsel. Deft retained _____
- [ ] .... Bond [ ] set [ ] reduced to $ _____ [ ] Cash [ ] Surety [ ] PR [ ] Unsecured [ ] $ _____ Deposit.
- [ ] .... Bond [ ] revoked [ ] reinstated [ ] continued.
- [ ] .... Surety signatures required _____, _____.
- [ ] .... No bond set at this time, 10 day DETENTION ORDER entered.
- [ ] .... ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- [ ] .... ORDER OF DETENTION PENDING TRIAL entered.
- [ ] .... ORDER SETTING CONDITIONS OF RELEASE executed.
- [ ] .... BOND EXECUTED, [ ] Deft [ ] MW released ( [ ] State Authorities, [ ] INS )
- [x] .... [x] Deft [ ] Material Witness REMANDED to CUSTODY.
- [ ] .... Deft ORDERED REMOVED to Originating District.
- [ ] .... WAIVER of Preliminary Hearing [x] .... Limited Waiver of Rule 40 Hearing [ ] .... Waiver of Detention Hearing
- [ ] .... Court finds [ ] PROBABLE CAUSE [ ] IDENTITY .
- [ ] .... Arraignment set _____ [ ] .... Detention Hearing set _____
- [ ] .... Preliminary set _____ [ ] .... Bond Hearing set _____
- [ ] .... Counsel Determination Hearing set _____ [ ] ....Identity / Removal Hearing set _____
- [ ] .... Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED.
- [x] .... USM to remove Dft to ED/TX - Beaumont Division to answer Petition.