# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

## GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. G-14-MJ-39 |
| | § | |
| DAMON DEWAYNE PORTER | § | |

## LIMITED WAIVER

I, Damon Dewayne Porter, charged in a Complaint pending in the <u>Eastern District of Texas, Beaumont Division, in Case No. 1:14-MJ-105 (1)</u>, alleging a violation of Title 18 U.S.C. § 2242(b), and having appeared before this Court and been advised of my rights as required by Rules 5, 32.1 and 40, of the Federal Rules of Criminal Procedure, including my right to have an Identity Hearing and a Detention Hearing, do hereby WAIVE my rights to an Identity Hearing and Detention Hearing in the Galveston Division of the Southern District of Texas.

I DO NOT hereby waive my right to a Detention Hearing in the <u>Eastern District of Texas, Beaumont Division</u>.

I further WAIVE my right to counsel only for the purpose of executing this waiver.

| | |
|---|---|
| 9-11-2014 | Damon Porter |
| Date | Damon Dewayne Porter, Defendant |