IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. G-14-MJ-39 |
| | § | |
| DAMON DEWAYNE PORTER | § | |

## **COMMITMENT ORDER**

Having found that the Defendant, **Damon Dewayne Porter**, is the same person currently charged in a Complaint pending in Cause No. 1:14-MJ-105 (1); styled <u>United States of America v. Damon Dewayne Porter</u>, in the United States District Court for the Eastern District of Texas, Beaumont Division, the United States Marshal is hereby **COMMANDED** to take custody of the Defendant, **Damon Dewayne Porter**, and to transport him forthwith, together with a <u>certified copy</u> of this Commitment Order, to the **United States District Court for the Eastern District of Texas, Beaumont Division**, and there deliver the Defendant to the United States Marshal for that District or to some other officer authorized to receive the Defendant and make due return of this Commitment Order.

**DONE** at Galveston, Texas, this     11th     day of September, 2014.

_____
John R. Froeschner
United States Magistrate Judge

**R E T U R N**

| This commitment was received and executed as follows: | |
| --- | --- |
| Date commitment order received: | Place of Commitment: |
| Date Defendant committed: | United States Marshal: |
| Date: | (by) Deputy Marshal: |