

**G-14-mj-39: USA v. Damon Dewayne Porter (ED/TX - Beaumont No. 1:14-mj-105)**

**Sheila R Anderson**  to: Marilyn Perez, Petoria Bell          09/11/2014 03:40 PM

| | |
|---|---|
| From: | Sheila R Anderson/TXSD/05/USCOURTS |
| To: | Marilyn Perez/TXED/05/USCOURTS@USCOURTS, Petoria Bell/TXED/05/USCOURTS@USCOURTS |

Good Aftern'n:

We had another arrest out of the Beaumont Division......I'm attaching a copy of the Docket Sheet w/pdfs for incorporation into your case (1:14-mj-105) ..... should you have any problems accessing the documents from the Docket Sheet please let me know and I will be glad to email/fax them to you.

Have a great afternoon and as always thanks for all of your help.



14-39-m..Docket Sheet.pdf

Thanks.

Sheila R. Anderson
Judicial Assistant / Case Manager
to U.S. Magistrate Judge John R. Froeschner
409-766-3533