## Delivery Confirmation Report

Your message: G-14-mj-39: USA v. Damon Dewayne Porter (ED/TX - Beaumont No. 1:14-mj-105)
was delivered to: Marilyn Perez/TXED/05/USCOURTS
at: 09/11/2014 01:40:25 PM PDT

## Return Receipt

Your message: G-14-mj-39: USA v. Damon Dewayne Porter (ED/TX - Beaumont No. 1:14-mj-105)
was received by: Marilyn Perez/TXED/05/USCOURTS
at: 09/12/2014 08:30:45 AM